IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD LEE HANNERS                                          PLAINTIFF

v.                            CASE NO. 08-5127

BENTON COUNTY DETENTION CENTER;
SGT. TORRES;
SGT. CARROLLTON;
DEPUTY WHALES;
DEPUTY MONROE                                     DEFENDANTS

## AMENDED ORDER

On June 6, 2008, this Court entered an Order (Doc. 3) granting Plaintiff *in forma pauperis* (IFP) status and directing the clerk to collect funds from Plaintiff's prisoner account. However, Plaintiff failed to complete the prisoner account portion of his IFP application. Thus, the Court now enters this AMENDED ORDER.

It appears Plaintiff is no longer incarcerated. Therefore the Court will treat Plaintiff's IFP application as filed when he was not incarcerated. The IFP is **GRANTED**. The matter of service will be determined at a later time.

IT IS SO ORDERED this 3rd day of July 2008.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE